Glenn **BROOKS**, Plaintiff–Appellant,

v.

Chris **FUNK**; Matthew **Ryckman**; Baltimore City Police Department; Other Unknown Persons, Defendants–Appellees.

No. 13–6692.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 29, 2013.

Decided: Sept. 4, 2013.

Glenn Brooks, Appellant pro se.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenn Brooks appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. *Brooks v. Funk,* 1:13–00675–WDQ (D. Md. Mar. 12, 2013; Apr. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*